1  Richard M. Jacobson – State Bar No. 114520
   Ramin Naderi – State Bar No. 265932
2  **JACOBSON MARKHAM, L.L.P.**
   8950 Cal Center Drive, Suite 210
3  Sacramento, CA 95826
4  Tel:  916.854.5969
   Fax: 916.854.5965
5  rmjacobson@jacobsonmarkham.com

6  Attorneys for Defendant
   HAYWARD UNIFIED SCHOOL DISTRICT
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | RAYNEL DORROUGH, a minor acting by and through his Guardian ad Litem Joyce Kleinpeter, and Ray Dorrough, | Case No.: 3:14-cv-02746-LB |
|---|---|
| Plaintiff, | **DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE** |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, CITY OF HAYWARD and DOES 1- 20, | Hearing Date: September 11, 2014<br>Time: 11:00 a.m. |
| Defendants. | |

19      Defendant Hayward Unified School District requests to appear telephonically for the Initial
20 Case Management Conference scheduled for Thursday, September 11, 2014 at 11:00 a.m. Counsel
21 makes this request due to a schedule conflict that arose after the hearing was set. Due to the distance
22 from San Francisco to the office of the attorney for Defendant, counsel requests this appearance by
23 telephone in order to attend both matters. Counsel will make arrangements to appear telephonically
24 through Courtcall, pursuant to Magistrate Judge Laurel Beeler's Standing Orders.

25 Dated: September 10, 2014          JACOBSON MARKHAM, L.L.P.

26                                    By /s/ Richard Jacobson
27                                    RICHARD M. JACOBSON
                                      Attorneys for Defendant
28                                    HAYWARD UNIFIED SCHOOL DISTRICT

-1-

DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR
TELEPHONIC APPEARANCE (Case No. 3:14-CV-02746-LB)

Jacobson Markham
Sacramento, California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Defendant Hayward Unified School District's request to appear by telephone at the Initial Case Management Conference scheduled for September 11, 2014 is hereby granted.

IT IS SO ORDERED.

Dated: September 18, 2014

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

Jacobson Markham
Sacramento, California

-2-

DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE (Case No. 3:14-CV-02746-LB)

# CERTIFICATE OF SERVICE

I, Melissa Morissette, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 8950 Cal Center Drive, Suite 210, Sacramento, California 95826. On September 10, 2014, I served the foregoing document(s) described as follows:

- **DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE**

☐ **BY MAIL:**
By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, addressed as set forth below, for collection and mailing following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE:**
By causing the document(s) listed above to be electronically served through the electronic case filing system of the court to the person(s) set forth below.

| | |
|---|---|
| Christopher Dolan | Michael G. Vigilia |
| The Dolan Law Firm | City of Hayward |
| 1438 Market Street | 777 B Street, 4th Floor |
| San Francisco, CA 94102 | Hayward, CA 94541-5007 |
| T: 415.421.2800 | T: 510.583.4450 |
| Attorneys for Plaintiff | Attorneys for Defendant City of Hayward |

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **September 10, 2014,** at Sacramento, California.

*Melissa Morissette*
MELISSA MORISSETTE