1  Christopher B. Dolan (SBN 165358)
   Aimee E. Kirby (SBN 216909)
2  THE DOLAN LAW FIRM
   1438 Market Street
3  San Francisco, California 94102
4  Telephone:    (415) 421-2800
   Facsimile:    (415) 421-2830
5
6  Attorneys for Plaintiffs
   RAYNELL DORROUGH and RAY DORROUGH
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | RAYNELL DORROUGH, a minor acting by and through his guardian ad litem JOYCE KLEINPETER, and RAY DORROUGH | Case No. 14-cv-02746 LB |
| --- | --- |
| Plaintiffs, | **PLAINTIFF'S APPLICATION AND** ~~PROPOSED~~ **ORDER FOR A TELEPHONIC APPEARANCE** |
| v. | |
| HAYWARD UNIFIED SCHOOL DISTRICT, CITY OF HAYWARD, and DOES 1 to 20, | **Date:** September 24, 2015<br>**Time:** 11:00 A.M.<br>**Courtroom:** C, 15th Floor |
| Defendants. | **COMPLAINT FILED:** 10/31/13<br>**REMOVED:** 6/13/14<br>**TRIAL DATE:** 10/26/15 |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

   Plaintiffs respectfully request that counsel be permitted to appear telephonically at the Case Management Conference currently scheduled for September 24, 2015 at 11:00 a.m.

   Plaintiffs' counsel works remotely from Los Angeles, CA and is only at the San Francisco office when needed. However, a good working relationship has been established with Defendant's counsel and it is anticipated that this hearing will proceed smoothly. Further, all parties have complied with ADR Requirements. In fact, parties have already reached a settlement agreement and Plaintiff's counsel is just

---
1
PLAINTIFF'S APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE

waiting for Christopher B. Dolan's approval of the Settlement Release.

Given that no substantial issues or controversies are anticipated at the Case Management Conference, Plaintiffs' counsel respectfully requests that Plaintiffs be granted to appear through CourtCall.

Dated: Sept. 9, 2015                                              **THE DOLAN LAW FIRM**

By: /s/ *Aimee E. Kirby*
Christopher B. Dolan
Aimee E. Kirby
Attorneys for Plaintiffs
RAYNELL DORROUGH, by and through guardian ad litem JOYCE KLEINPETER, and RAY DORROUGH

**[PROPOSED] ORDER**

Good cause having been shown, Plaintiffs' counsel is permitted to appear telephonically through CourtCall at the Case Management Conference currently scheduled for September 24, 2015 at 11:00 A.M. `Counsel to make the arrangements through CourtCall.`

IT IS SO ORDERED.

Dated: September 10, 2015

_____
Honorable Laurel Beeler
United States Magistrate Judge

2
PLAINTIFF'S APPLICATION AND ~~PROPOSED~~ ORDER FOR A TELEPHONIC APPEARANCE