Richard M. Jacobson – State Bar No. 114520
Matthew D. Rose – State Bar No. 282711
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel:  916.854.5969
Fax:  916.854.5965
rmjacobson@jacobsonmarkham.com

Attorneys for Defendant
HAYWARD UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNEL DORROUGH, a minor acting by and through his Guardian ad Litem Joyce Kleinpeter, and Ray Dorrough,<br><br>Plaintiff,<br><br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, CITY OF HAYWARD and DOES 1- 20,<br><br>Defendants. | Case No.:  3:14-cv-02746-LB<br><br>**DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [~~PROPOSED~~] ORDER FOR TELEPHONIC APPEARANCE**<br><br>Hearing Date:       September 24, 2015<br>Time:                    11:00 a.m. |

Defendant Hayward Unified School District requests to appear telephonically for the Initial Case Management Conference scheduled for Thursday, September 24, 2015 at 11:00 a.m.  Counsel makes this request due to a schedule conflict that arose after the hearing was set.  Due to the distance from San Francisco to the office of the attorney for Defendant, counsel requests this appearance by telephone in order to attend both matters.  Counsel will make arrangements to appear telephonically through Courtcall, pursuant to Magistrate Judge Laurel Beeler's Standing Orders.

Dated: September 14, 2015                  JACOBSON MARKHAM, L.L.P.

                                                    By _/s/ Richard Jacobson_____
                                                    RICHARD M. JACOBSON
                                                    Attorneys for Defendant
                                                    HAYWARD UNIFIED SCHOOL DISTRICT

-1-

Jacobson Markham
Sacramento, California

1

## <u>ORDER</u>

2        Defendant Hayward Unified School District's request to appear by telephone at the Further

3   Case Management Conference scheduled for September 24, 2015 is hereby granted.
    Counsel to make the arrangements through CourtCall.

4        IT IS SO ORDERED.

5

6   Dated:    9/18/2015                          _____

7                                               LAUREL BEELER
                                                UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR
TELEPHONIC APPEARANCE (Case No. 3:14-CV-02746-LB)

## CERTIFICATE OF SERVICE

I, Shannon Lindsay, certify and declare as follows:

I am over the age of 18 years and not a party to this action.   My business address is 8950 Cal Center Drive, Suite 210, Sacramento, California 95826.   On **September 14, 2015**, I served the foregoing document(s) described as follows:

- **DEFENDANT HAYWARD UNIFIED SCHOOL DISTRICT'S APPLICATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE**

☐ **BY MAIL**
By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, addressed as set forth below, for collection and mailing following our ordinary business practices.   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.   Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business.   I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE**
By causing the document(s) listed above to be electronically served through the electronic case filing system of the court to the person(s) set forth below.

☐ **BY ELECTRONIC MAIL**

Christopher Dolan
The Dolan Law Firm
1438 Market Street
San Francisco, CA 94102
T:  415.421.2800
chris@cbdlaw.com
josh.watson@cbdlaw.com
Attorneys for Plaintiff

Michael G. Vigilia
City of Hayward
777 B Street, 4th Floor
Hayward, CA 94541-5007
T:  510.583.4450
michael.vigilia@hayward-ca.gov
Attorneys for Defendant City of Hayward

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **September 14, 2015** at Sacramento, California.

SHANNON LINDSAY

Jacobson Markham
Sacramento, California