MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant
CITY OF HAYWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNELL DORROUGH, a minor acting by and through his guardian ad litem JOYCE KLEINPETER, and RAY DORROUGH<br><br>    Plaintiffs,<br><br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, CITY OF HAYWARD, and DOES 1 to 20,<br><br>    Defendants. | Case No. 14-cv-02746 LB<br><br>**APPLICATION AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>*Assigned for all purposes to Hon. Laurel Beeler, Courtroom C, 15th Floor, San Francisco Courthouse*<br><br>**COMPLAINT FILED:**   10/31/13<br>**REMOVED:**   6/13/14<br>**CMC Date:**   9/24/15, 11:00 a.m. |

Counsel for Defendant CITY OF HAYWARD respectfully requests this Court to grant the Application for Telephonic Appearance at the case management conference scheduled for September 24, 2015 at 11:00 a.m. in the above referenced court. On September 14, 2015 CITY received an executed settlement and release agreement from PLAINTIFF. There are no other outstanding issues other than dismissal of the PLAINTIFF's claims and payment of the settlement amount by CITY to PLAINTIFF's

counsel.

Dated: September 15, 2015                                  MICHAEL S. LAWSON, City Attorney

                                                By:    /s/ *Michael G. Vigilia*
                                                       Michael G. Vigilia, Assistant City Attorney
                                                       Attorneys for Defendant
                                                       CITY OF HAYWARD

### [PROPOSED] ORDER

1. The Application for Telephonic Appearance is granted. Counsel for CITY may appear at the September 24, 2015 case management conference at 11:00 a.m. via CourtCall. Counsel to make all necessary arrangements through CourtCall.

IT IS SO ORDERED.

Dated: September 18, 2015

                                                       _____
                                                       Hon. Laurel Beeler
                                                       United States Magistrate Judge

APPLICATION AND PROPOSED ORDER FOR TELEPHONIC APPEARANCE AT CMC