UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| RAYNELL DORROUGH, a minor acting by and through his guardian ad litem JOYCE KLEINPETER, and RAY DORROUGH,<br><br>Plaintiffs,<br><br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, CITY OF HAYWARD, and DOES 1 to 20**,**<br><br>Defendants | Case No. 3:14-cv-02746-LB<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Given the representation by the City of Hayward that it has received an executed settlement agreement and there are no outstanding issues other than dismissal of the plaintiffs' claims and the payment of the settlement amount (*see* ECF No. 46), the court orders that the case be dismissed without prejudice. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:14-cv-02746-LB)